# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| BILLY RAY MANEY, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:13-cv-00069-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD NEELY, Superintendent, | ) | |
| Piedmont Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2013 Order.

April 29, 2013

Frank G. Johns, Clerk
United States District Court